# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

LAUREN HOWIE LAUR,

        Plaintiff,

Case No:    14C0027

v.

CITY OF MEQUON, CITY OF MEQUON POLICE DEPARTMENT (*sic*), The Estate of TYLER GAIDISH (*sic*) and MICHAEL KRANZ,

        Defendants.

## DEFENDANTS' PROPOSED VERDICT

WE, THE JURY, duly impaneled and sworn, for our verdict in the above-entitle action, find as follows:

**Question No. 1:**

Did Officer Michael Kranz perform a strip search on the plaintiff when he took the photograph of the tattoo on her hip?

        Answer:_____
                (Yes or No)

IF YOU ANSWERED "YES" TO QUESTION NO. 1, THEN ANSWER THIS QUESTION, OTHERWISE DO NOT ANSWER IT:

**Question No. 2:**

After considering the need for taking the photo of the tattoo on plaintiff's hip, the scope of the intrusion into her privacy, the manner of taking the photo, the justification for taking the photo and the location where the photo was taken, was Officer Michael Kranz' taking of the photo unreasonable?

        Answer:_____
                (Yes or No)

IF YOU ANSWERED "YES" TO QUESTION NO. 2, THEN ANSWER THIS QUESTION, OTHERWISE DO NOT ANSWER IT:

    **Question No. 3:**

What sum of money, if any, will fairly compensate Ms. Howie-Laur for the unreasonable photographing of the tattoo on her hip?

    Answer: $_____

Dated at Milwaukee, Wisconsin this _____ of July, 2015.

_____
Foreperson