UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**LAUREN HOWIE LAUR,**

      Plaintiff,

v.                                                 Case No. 14-C-27

**CITY OF MEQUON,**
**CITY OF MEQUON POLICE DEPARTMENT,**
**THE ESTATE OF TYLER GAIDISH, and**
**MICHAEL KRANZ,**

      Defendants.

---

FINAL PRETRIAL CONFERENCE CALL MINUTES
Hon. Rudolph T. Randa, Presiding

---

DATE: **June 15, 2015 at 2:00 p.m.**      Clerk: TMM

Time Called: 1:58 p.m.      Time Concluded: 2:08 p.m.

| Plaintiff: | Janet Heins | 262/241-8444 |
|---|---|---|
| | Kimberly Ann Powers | 262/391-1588 |
| | Joseph D. Curi | 517/256-0684 |

Defendant: Peter M. Farb      920/284-4611

DISPOSITION:

    Parties will select 9 jurors for trial.

    Motions in limine due 6/18; Responses due 6/23.